UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Charles D Turner        08752028

*(Enter above the full name of the plaintiff or plaintiffs in this action).*   *(Inmate Reg. # of each Plaintiff)*

**FILED**
JAN 26 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**VERSUS**

**CIVIL ACTION NO.** 5:11-0060
*(Number to be assigned by Court)*

Berkley Correction Inst., Warden, Mr Zigler, Head Nurse, Mr Tompson, Second in charge, Mr Bailey

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____   No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

    Plaintiffs: __NoNe__

    Defendants: _____

    2. Court (if federal court, name the district; if state court, name the county);

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. **Place of Present Confinement:** _____

    A. Is there a prisoner grievance procedure in this institution?

        Yes _X_    No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _X_    No ____

    C. If you answer is YES:

        1. What steps did you take? _8, 9, 10, 11_ _eleven_ _being the ____ _about_

        2. What was the result? _Mina is ok_ _there is ___ when_ _they ___ you_

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: _Charles Turner 08752025_

        Address: _Fed. correction inst. ___ P.O ___ Beaver, WV ___ 25813_

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Charles D Turner

is employed as: Ordely

at _____

D. Additional defendants: Week-end ordely in OAK-AV

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Subject - Need Dentures Arrived At Beckley IH December 23, 08, I am a Diabetic, take 1000 Mg of Metforman Morning & Night, Beckley doesn't Let you check Blood guclass unless your on Insulant, they gave me a tstay october 18-2010 - I still Don't have Teeth, Needed Badley

**IV.    Statement of Claim (continued):**

My Dob is 11-30/41 - o I Have Been in Mitilary I picked up a ArMed Carer Criminal - 180 Mounths in Sothern Indiana, Went in Frount of Sarah Evans Barker, Counsel, Jennifer H Culotta, Appointed Never Been in prison before Graduated From High school 1959

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I need the Sum of 50,000⁰⁰ For Cruel + unusual punishMent pain And suffering — I AM tired of oatMeal and peanut Butter. They called Me to Med Bay before yesterday to clean My teeth, I Haven't Had Any Since 2007, September

5



**V. Relief (continued)):**

I am asking for 25,000 A year for Nonsense total fifty thousand And A set of Dentures or Move Me to A place When they Make teeth

**VII. Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

No/Ke

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____  No __X__

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: Suit is Self explanatory. Un Exceptable

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____  No __X__

If so, state the lawyer's name and address:

_____

_____

Signed this __20__ day of __January__, 20__11__.

_Charles D Turner_
_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1-20-2011__.
           (Date)

_Charles D Turner_
Signature of Movant/Plaintiff

_None_
Signature of Attorney
(if any)

7

Last Name
**TURNER**
First Name
**CHARLES**
Middle Name    Suffix
**D**
Ht. 5' 10"    Wt. 185
Hr. GRY    Ey. BLU
REG# 08752-028    BEC



12-23-2008

08752-028  TURNER

| U.S. Department of Justice | Discipline Hearing Officer Report (DHO) |
| --- | --- |
| Federal Bureau of Prisons | Incident Report Number: 1849846 |

FCI Beckley

Security Level - Medium

Name of inmate: TURNER, Charles D.
Date of Incident Report: March 27, 2009
Date of Incident: March 27, 2009

Register Number: 08752-028
Unit: Oak
Offense Code(s): 203

Summary of Charges
- Threatening Another with Bodily Harm

I. NOTICE OF CHARGE (S)

    A. Advanced written notice of charge (copy of Incident Report) was given to the inmate on March 27, 2009, by Lieutenant D. Murphy.

    B. The DHO Hearing was held on April 7, 2009, at 8:35 a.m.

    C. The inmate was advised of the rights before the DHO by Counselor Midgley on April 1, 2009, and a copy of the advisement of rights form is attached.

II. STAFF REPRESENTATIVE

    A. Inmate requested a staff representative? Yes.

    B. Dr. Kathrine McDaniel, stated the inmate only asked me to attend the hearing with him.

III. PRESENTATION OF EVIDENCE

    A. Inmate admitted the charge.

    B. Summary of Inmate Statement: DHO Kilgore read aloud Section 11 of the Incident Report and asked inmate Turner if it were true? He said, "No. I told him I was going to kick his ass. What is the Warden doing shaking inmates down, anyways. He's got staff to do that for him." The DHO asked him if he was pleading guilty or not guilty to the charge? He said, "Guilty." He went on to explain that Nurse White is a former drill instructor and thinks he's a bad ass. He said he, himself, is a former Army Ranger. He said Nurse White needs to learn how to talk to people. When someone shows him respect, he reciprocates, but he is 69 years old and refuses to put up with someone talking to him like he is a piece of shit.

Inmate Name: TURNER, Charles D.  Reg. No.: 08752-028
Hearing Date: April 7, 2009  Incident Report Number: 1849846  Page 2

    C. The inmate requested witnesses? No.

    D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents: N/A

    E. Confidential Information: No confidential information was used.

IV  FINDINGS OF THE DHO
The following act was committed: **Code 203, Threatening Another with Bodily Harm**

V  SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documentation, etc.):

I find you committed the prohibited act of Threatening Another with Bodily Harm, Code 203, of the Inmate Discipline Policy, while incarcerated at the Federal Correctional Institution, Beckley, West Virginia, on March 27, 2009 at about 2:30 p.m., in Oak A upper Unit, when you approached the warden and made several negative comments about the medical and dental care you were receiving at FCI Beckley. During that conversation, you told the Warden you would, "crack White's eyes," referring to Clinical Nurse Conley White.

The evidence relied upon to support this finding was the written statement of D. Berkebile, Warden, who provided a written statement wherein he reported you made the above quoted comment to him on the date and time, and at the location cited above.

At the DHO hearing, you pleaded guilty as charged and claim you actually told the Warden you would "Kick his ass" when you referred to Nurse White. You went on to complain about how Nurse White talks to people and stated you are too old to let anyone talk to you disrespectfully. Accordingly, the charge is sustained. And as we discussed at the hearing, if you believe a staff member has spoken to you or treated you disrespectfully, you have every right to file an Administrative Remedy Complaint and have the matter looked into, but you have to measure your comments, as communicating or conveying an intent to harm another person violates Code 203 of the Inmate Discipline Policy.

VI  SANCTION OR ACTION TAKEN
    203  30 days Disciplinary Segregation - suspend 15 days of this sanction, pending 90 days clear conduct
          Disallow 27 days Good Conduct Time (GCT) from 010-PLRA

Inmate Name: TURNER, Charles D.      Reg. No.: 08752-028
Hearing Date: April 7, 2009      Incident Report Number: 1849846      Page 3

VII    REASON FOR SANCTION OR ACTION TAKEN

The action on the part of any inmate to threaten any staff member undermines the staff member's ability to effectively perform his or her official duties, and causes a serious threat to the secure and orderly running of the institution. Inmates may not behave in this manner without suffering negative consequences.

I have imposed a 30 day period of Disciplinary Segregation and disallowed 27 days of your Good Conduct Time, to hold you accountable for threatening a staff member in this instance, and to deter you from future behavior of this sort. To strengthen the deterrent factor and to motivate you toward using the proper channels to address future complaints, I have provided you with an opportunity to avoid serving half of the DS sanction, provided you maintain clear conduct for the next 90 days.

VIII    APPEAL RIGHTS: Yes. The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days following receipt of the DHO report under the Administrative Remedy Procedure. A copy of the report has been given to the inmate.

IX    DISCIPLINE HEARING OFFICER

Charles E. Kilgore, Jr.      [Signature]      4-15-2009
Printed Name      Signature      Date

Report delivered to inmate by: C. Jones   5/7/09
                                                          Signature      Date

Charles P. Turner 08752-028
Federal Correction Institution
Beckley P.O. Box 350
Beaver, W. Virginia 25813

Legal Mail
Clerk, United States District Court
110 North Heber Street Room 119
Beckley, W. Virginia, 25801

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
PO BOX 1280
BEAVER, WV 25813
DATE 1-24-11

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS